| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>March 14, 2017<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHANNIN RENEE DICKENS,

    Defendant.

Case No. 2:17-mj-00036-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>CHANNIN RENEE DICKENS</u>, Case No. <u>2:17-mj-00036-CKD</u> Charge <u>18 U.S.C. § 2, 1708</u>, from custody for the following reasons:

    \_\_\_\_ Release on Personal Recognizance

    \_\_\_\_ Bail Posted in the Sum of $ _____

    **X** Unsecured Appearance Bond $ 25,000.00

    \_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_ Appearance Bond with Surety

    \_\_\_\_ Corporate Surety Bail Bond

    **X** (Other): <u>To treatment at Well Space on 3/15/17 @ 9 a.m.</u>

Issued at Sacramento, California on March 14, 2017 at 2:20 pm

By: _____
      Magistrate Judge Deborah Barnes