CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant Channin Renee Dickens

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANNIN RENEE DICKENS<br><br>Defendant. | Case No. 2:17-mj-036-CKD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE PRELIMINARY HEARING<br><br>Date: April 5, 2017<br>Time: 2:00 p.m.<br>Judge: Edmund F. Brennan |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Candice L. Fields, attorney for Channin R. Dickens, that:

1. The Complaint in this case was filed on February 28, 2017. Defendant appeared before the Honorable Judge Deborah Barnes on March 14, 2017.

2. A preliminary hearing was set for April 5, 2017, at 2:00 p.m., before Magistrate Judge Edmund F. Brennan.

3. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to May 4, 201~~6~~**7**, at 2:00 p.m., before the duty Magistrate Judge,

pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.  The parties stipulate that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

4. The parties further agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.  Therefore, the parties request that the time between April 5, 2017 and May 4, 2017, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

IT IS SO STIPULATED.

Dated: April 3, 2017          PHILLIP TALBERT
                              United States Attorney


                              */s/ Michelle Rodriguez*
                              MICHELLE RODRIGUEZ
                              Assistant United States Attorney
                              Attorney for Plaintiff


Dated: April 3, 2017          */s/ Candice L. Fields*
                              CANDICE L. FIELDS
                              Attorney for Defendant CHANNIN R. DICKENS

# ORDER

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, filed on April 3, 2017, by the parties in this matter.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.  The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to May 4, 2017, at 2:00 p.m.
2. The time between April 5, 2017, and May 4, 2017, shall be excluded from calculation pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4.
3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: April 3, 2017

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE