CANDICE L. FIELDS, SBN 172174
CANDICE FIELDS LAW
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450
cfields@candicefieldslaw.com

Attorneys for Defendant Channin Renee Dickens

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHANNIN RENEE DICKENS<br><br>Defendant. | Case No. 2:17-mj-036-CKD<br><br>STIPULATION AND ORDER TO CONTINUE PRELIMINARY HEARING<br><br>Date: May 4, 2017<br>Time: 2:00 p.m. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Michelle Rodriguez, Assistant United States Attorney, attorney for Plaintiff, and Candice L. Fields, attorney for Channin R. Dickens, that:

1. The Complaint in this case was filed on February 28, 2017. Defendant appeared before the Honorable Judge Deborah Barnes on March 14, 2017.

2. A preliminary hearing was set for May 4, 2017, at 2:00 p.m., before the duty Magistrate Judge.

3. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to May 25, 2017, at 2:00 p.m., before the duty Magistrate Judge,

pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.  The parties stipulate that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

    4.    The parties further agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.  Therefore, the parties request that the time between May 4, 2017 and May 25, 2017, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

    IT IS SO STIPULATED.

Dated: April 19, 2017                      PHILLIP TALBERT
                                        United States Attorney

                                        */s/ Michelle Rodriguez*
                                        MICHELLE RODRIGUEZ
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

Dated: April 19, 2017                      */s/ Candice L. Fields*
                                        CANDICE L. FIELDS
                                        Attorney for Defendant CHANNIN R. DICKENS

**ORDER**

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, filed on April 3, 2017, by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4. The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The preliminary hearing is continued to May 25, 2017, at 2:00 p.m.
2. The time between May 4, 2017, and May 25, 2017, shall be excluded from calculation pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4.
3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: April 24, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE